**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF E.V., A MINOR | : | No. 22 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: K.J.A., JR., NATURAL FATHER | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| IN RE: ADOPTION OF J.A., A MINOR | : | No. 23 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: K.J.A., JR., NATURAL FATHER | : : | Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.